IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-80312 |
| | ) | |
| ALAN LEE PETERS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | _____ |
| FIRST NATIONAL BANK OF OMAHA, | ) | Case No. AP 23-8014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALAN LEE PETERS, | ) | |
| | ) | |
| Defendant | ) | |

**Judgment**

THIS MATTER is before the court on the stipulation (Doc. #9) between the plaintiff First National Bank of Omaha, and the defendant Alan Lee Peters. The court, being duly advised in the premises, finds the stipulation should be approved. The defendant owes the plaintiff $22,898.06 on an open account related to a credit card. Of this amount $7,500 is excepted from discharge under 11 U.S.C. § 523(a)(2)(A).

IT IS THEREFORE ordered:

1. Judgment is entered in favor of the First National Bank of Omaha ("FNB-O") and against the debtor Alan Lee Peters in the amount of $7,500; and

2. The $7,500 judgment is excepted from discharge under 11 U.S.C. § 523(a)(2)(A) in this bankruptcy case and in any subsequent bankruptcy case filed by the debtor. The balance of any claim FNB-O has against the defendant is discharged.

Dated: October 26, 2023

BY THE COURT:

_____
Brian S. Kruse
Bankruptcy Judge